456 A.2d 985

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Edwin HENN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1982.

Decided March 16, 1983.

Thomas A. Wallitsch, Chief Public Defender, Edward R. Eidelman, Asst. Public Defender, Allentown, for appellant.

William H. Platt, Dist. Atty., Richard R. Tomsho, Asst. Dist. Atty., Allentown, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

The judgment of sentence is affirmed.